IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

JOHN D. HENEGAR,              )
       Plaintiff              )
       v.                     )     No. 3:06-cv-21
AGILYSYS, INC.,               )
       Defendant              )

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on defendant's motion for summary judgment [Court File #6]. The Honorable James H. Jarvis, United States District Judge, having rendered a memorandum opinion granting defendant's motion for summary judgment,

It is ORDERED and ADJUDGED that defendant's motion for summary judgment [Court File #6] is GRANTED, whereby plaintiff's complaint is DISMISSED WITH PREJUDICE on the merits, with each party to bear its own costs of this action.

DATED at Knoxville, Tennessee, this 8th day of August, 2006.

                                        *s/ Patricia L. McNutt*
                                        CLERK OF COURT